**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-1187**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID ADOFO KISSI, a/k/a David Adojo Kissi,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-98-1176-PJM)

─────────────

Submitted: April 15, 1999          Decided: April 20, 1999

─────────────

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

David Adofo Kissi, Appellant Pro Se. Kaye A. Allison, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Adofo Kissi appeals the district court's order denying his motion for reconsideration of the default judgment entered against him. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Kissi, No. CA-98-1176-PJM (D. Md. Jan. 19, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED